GAS ENGINE AND POWER COMPANY and CHARLES L. SEABURY & COMPANY, CONSOLIDATED, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Gas Engine & Power Co.* v. *City of New York*, 166 App. Div. 297, affirmed.

(Argued April 26, 1916; decided May 12, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 6, 1915, affirming a judgment in favor of plaintiff entered upon the report of a referee. The action was commenced to recover the amount of a certificate made by the board of assessors of the city of New York purporting to award to the plaintiff, pursuant to chapter 423 of the Laws of 1903, the sum of $310,000, with interest, for damages occasioned to its property by reason of the improvement of One Hundred and Seventy-seventh street, in the borough of The Bronx, city of New York. The improvement consisted of the construction of a bridge over certain railroad tracks, and the building of approaches to the bridge. The answer denies the material allegations of the complaint and sets up as affirmative defenses: 1. That the award was made before the damage accrued. 2. That the board of assessors was without jurisdiction to make any award to the plaintiff. 3. That the board of assessors was without jurisdiction to award

interest.  4. That the award was grossly excessive in amount.

*Lamar Hardy, Corporation Counsel (Charles J. Nehrbas* and *Terence Farley* of counsel), for appellant.

*John F. Brennan* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.